ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Strategic Technology Institute, Inc. | ) ASBCA No. 62427 |
| | ) |
| Under Contract No. FA8108-17-F-0050 | ) |

APPEARANCES FOR THE APPELLANT:    James Y. Boland, Esq.
    Venable LLP
    Washington, DC

    Christopher G. Griesedieck, Esq.
    Venable LLP
    Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
    Air Force Deputy Chief Trial Attorney
    Siobhan Donahue, Esq.
    Isabelle P. Cutting, Esq.
    Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE PROUTY

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $500,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid

Dated: May 1, 2025

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

_____
MICHAEL N. O'CONNELL
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

_____
LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62427, Appeal of Strategic Technology Institute, Inc., rendered in conformance with the Board's Charter.

Dated: May 2, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2